TASHA PARIS CHALFANT (SBN 207055)
THE LAW OFFICES OF TASHA PARIS CHALFANT
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
NACARIO MARTINEZ-COSTILLA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>NACARIO MARTINEZ-COSTILLA.<br><br>  Defendants. | No. 2:17-CR-00161 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney JUSTIN L. LEE, and the Defendant, NACARIO MARTINEZ-COSTILLA, by and through his counsel of record TASHA CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for status conference on December 15, 2017.

2. By this stipulation, the defendants now move to continue the status conference until February 16, 2018, and to exclude time between December 15, 2017, and February 16,

STIPULATION AND [PROPOSED ORDER FOR CONTINUANCE OF STATUS HEARING

AND FOR EXCLUSION OF TIME

1

2018, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes approximately 100 pages of investigative reports and photographs in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for the defendant desires additional time to review the discovery, consult with her client, discuss potential resolution, and to explain the consequences and guidelines. Counsel for the defendant was out on medical leave for approximately seven weeks and needs additional time to meet with her client for the above stated reasons.

c. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2017, to February 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the

best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

All counsel have reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated: December 12, 2017      by:     /s/Tasha Chalfant for
                                      JUSTIN L. LEE
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

Dated: December 12, 2017      by:     /s/Tasha Chalfant
                                      TASHA CHALFANT
                                      Attorney for Defendant
                                      NACARIO MARTINEZ-COSTILLA

## O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 15, 2017, to and including February 16, 2018, status conference hearing date shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy

Trial Act, pursuant to 18 U.S.C §3161(h)(7)(A) and (B) (iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the presently set December 15, 2017, status conference shall be continued to February 16, 2018, at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  December 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED ORDER FOR CONTINUANCE OF STATUS HEARING AND FOR EXCLUSION OF TIME

4