McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00161-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| NACARIO MARTINEZ-CASTILLA, | DATE: March 30, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 30, 2018.

2. By this stipulation, defendant now moves to continue the status conference until May 4, 2018, and to exclude time between March 30, 2018, and May 4, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes approximately 100 pages of reports and photographs and six video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) On March 26, 2018, the United States conveyed a proposed plea agreement to

1  defense counsel.  Defense counsel needs time to review the proposed plea agreement with the
2  defendant with the assistance of a Spanish language interpreter.  Additionally, defense counsel
3  needs additional time to conduct follow up research and investigation related to the defense case
4  and potential sentencing mitigation.
5        c)     Counsel for defendant believes that failure to grant the above-requested
6  continuance would deny her the reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence.
8        d)     The government does not object to the continuance.
9        e)     Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendant in a trial within the
11 original date prescribed by the Speedy Trial Act.
12        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of March 30, 2018 to May 4, 2018,
14 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
15 because it results from a continuance granted by the Court at defendant's request on the basis of
16 the Court's finding that the ends of justice served by taking such action outweigh the best interest
17 of the public and the defendant in a speedy trial.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 27, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: March 27, 2018

/s/ TASHA CHALFANT
TASHA CHALFANT
Counsel for Defendant
NACARIO MARTINEZ-CASTILLA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 27, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge