McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00161-GEB |
| Plaintiff, | STIPULATED MOTION TO AMEND JUDGMENT UNDER RULE 35 AND PROPOSED ORDER |
| v. | DATE:<br>TIME: |
| NACARIO MARTINEZ-CASTILLA, | COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

## **STIPULATED MOTION UNDER RULE 35(a)**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On August 24, 2018, the defendant Nacario Martinez-Castilla was sentenced to, *inter alia*, pay restitution in the amount of $10,819.60 to the United States Forest Service. (Judgment, Doc. 36.) The Judgment did not indicate that the restitution would be joint and several liability. (Judgment, Doc. 36, at 4.) Co-defendant Humberto Calmo-Calmo was sentenced on March 23, 2018, to pay the identical sum of $10,819.60 to the United States Forest Service. (Judgment, Doc. 26.)

2. By this stipulation, the parties jointly request that the Court amend the Judgment for the above-captioned defendant to order that the restitution shall be joint and several with the co-defendant.

///

///

STIPULATION RE: RESTITUTION

1

IT IS SO STIPULATED.

Dated: September 3, 2018                McGREGOR W. SCOTT
                                        United States Attorney


                                        /s/ JUSTIN L. LEE
                                        JUSTIN L. LEE
                                        Assistant United States Attorney


Dated: September 3, 2018                /s/ TASHA CHALFANT
                                        TASHA CHALFANT
                                        Counsel for Defendant
                                        NACARIO MARTINEZ-CASTILLA


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: September 5, 2018


                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge